# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| R. ALEXANDER ACOSTA, *Secretary of Labor, United States Department of Labor*, ) ) ) ) Petitioner, ) ) v. ) ) CULTURE MANAGEMENT ) GROUP, LLC d/b/a CULTURE ) *and* CLAUDY PIERRE, owner, ) ) Respondents. ) | Misc. Action No. 17-104<br><br>Judge Cathy Bissoon |

## ORDER

Consistent with the discussions at today's Hearing, Respondent Claudy Pierre is afforded until **October 30, 2017** to secure legal counsel, and if he does, counsel promptly shall enter an appearance in this case. **Regardless of whether Mr. Pierre secures legal counsel**, by **November 13, 2017**, Mr. Pierre shall provide to Petitioner detailed written responses to each of its document-requests, affixing copies of any responsive materials that have not already been produced. The written responses shall: confirm that all materials within Respondent's possession, custody or control have been produced; for materials not produced, an explanation why; and, if Respondent has reason to believe that responsive-materials may be in someone else's possession, custody or control, the identity of such person(s), and all identifying-information within Mr. Pierre's knowledge, upon reasonable investigation (*i.e.*, the person or entity's full name, correct-spelling, all business, mailing and/or e-mail address(es), and telephone numbers).

Finally, for the reasons stated at the Hearing, no monetary penalty or fine presently will be assessed against Mr. Pierre, and Petitioner's Motion for Contempt (**Doc. 10**) is **DENIED**, without prejudice to renewal should Petitioner not comply with the response-protocol described above.

IT IS SO ORDERED.

September 28, 2017                               s\Cathy Bissoon
                                                 Cathy Bissoon
                                                 United States District Judge

cc (via email notification):

-- Counsel for Petitioner

-- Respondents, at the following email addresses:

    claudympierre@gmail.com;
    cmpierre@eminenthospitality.com; and
    claudympierre@icloud.com

cc (via First-Class, U.S. Mail):

-- Respondents, at the mailing addresses:

Claudy Pierre
Owner, Culture Management Group, LLC
703 Lenox Avenue
Pittsburgh, PA  15221

Culture Management Group, LLC
c/o United States Corporations Agents, Inc.
1729 W. Tilghman St. Rear
Allentown, PA  18109